UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

CASE NO.: 2:18–cv–07733–R–SS            DATE: November 26, 2018

TITLE:      SA3, LLC, a California limited liability company v. Sterling–Knight Pharmaceuticals LLC, a Nevada limited liability company et al

========================================================

PRESENT: <u>HON. MANUEL L. REAL, UNITED STATES DISTRICT JUDGE</u>

| <u>Christine Chung</u> | <u>  N/A  </u> |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:**    ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

    Plaintiff is hereby ordered to show cause in writing by not later than **<u>November 28, 2018</u>** why this action should not be dismissed for lack of prosecution.

    The court will consider the filing of the following as an appropriate response to this OSC, on or before the above date:

- **Plaintiff's request for entry of default**

- **Answer** by the defendant(s) or responsive pleading

    In the event both documents are filed before the above date, the answer will take precedence.

    In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument on this Order to Show Cause will be heard unless ordered by the court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to timely respond to the Court's Order will result in the dismissal of the action.

    IT IS SO ORDERED.

**MINUTES FORM II**                                                                Initials of Deputy Clerk: <u> cch </u>
**CIVIL - GEN**